THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* NORMAN NORYS, Defendant-Appellant.

(Nos. 57559, 57880 cons.;

First District (1st Division)—March 11, 1974.

PER CURIAM.
GOLDBERG, J., took no part.

James J. Doherty, Public Defender, of Chicago (Robert M. Gray, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Mariann Twist, Assistant State's Attorneys, of counsel), for the People.